## Case No. 1,360a.

### In re BERTHOUD.

#### District Court, S. D. New York.

[Nowhere reported; opinion not now accessible.]